256 So.2d 641

**STATE of Louisiana ex rel. John HOLMES**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52128.

Feb. 3, 1972.

In re: John Holmes applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

256 So.2d 641

**STATE of Louisiana ex rel. Jack LINCOLN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52124.

Feb. 3, 1972.

In re: Jack Lincoln applying for writ of habeas corpus.

Writ refused: The allegations that petitioner's *retained* counsel failed to appeal presents no grounds for post-conviction relief. See McGriff v. Wainwright, 431 F.2d 897 (5th Cir. 1970). Insufficient showing to justify supervisory relief.